IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20476
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS GUERRERO,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CR-222-7
- - - - - - - - - - -
August 19, 1998
Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Court-appointed counsel for Jesus Guerrero has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.